**Electronically Filed
Supreme Court
SCPW-22-0000223
06-APR-2022
10:12 AM
Dkt. 15 ODDP**

SCPW-22-0000223

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICHAEL "ARLO" PAVICH, Petitioner

vs.

S. WEAD, Warden of Saguaro Correctional Center; and
DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAIʻI, Respondents.

---

ORIGINAL PROCEEDING
(Case No. 2PC011000015)

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Nakayama, McKenna, Wilson, and Eddins, JJ., and Circuit Judge
Castagnetti, in place of Recktenwald, C.J., recused)

Upon consideration of the petition for writ of habeas corpus, filed on March 31, 2022, petitioner presents no special reason for invoking the supreme court's original jurisdiction. See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976). Therefore,

It is ordered that the petition for writ of habeas corpus is denied.

It is further ordered that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, April 6, 2022.

/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Todd W. Eddins
/s/ Jeannette H. Castagnetti